**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK WILLIAMS, ADC #141529                                                                    PLAINTIFF

v.                                              No. 5:15CV00340-JLH

DOE, et al.                                                                                          DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Memorandum and Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 3rd day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE